IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joseph John Sylvester, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 0:09-488-TLW-PJG |
| State Law Enforcement Division; South Carolina Department of Correction; Allendale Correctional Institution; Oconee County Sheriff Department; and Greenville County Sheriff Department, | ) |
| Defendants. | ) |

# ORDER

Joseph John Sylvester, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on February 27, 2010. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the defendants' motion to dismiss be granted. (Doc. # 48). The plaintiff filed no objections to the Report. Objections were due by June 10, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 48). Therefore, the defendants' motion to dismiss is **GRANTED** (Doc. # 44), and the clerk shall close this civil action.

**IT IS SO ORDERED.**

    s/Terry L. Wooten
United States District Judge

July 22, 2010
Florence, South Carolina